IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES MARSHALL                                                                             PETITIONER

v.                          2:05CV00242-WRW/JWC

LINDA SANDERS, Warden,
FCI - Forrest City                                                              RESPONDENT

## ORDER

On July 11, 2006, Petitioner filed a Notification of Failure to Comply with an Order of the Court and Motion requesting that Defendant be held in Contempt of Court (Doc. No. 18). Petitioner asks this Court to hold Respondent in contempt for not following the order of this Court granting Petitioner's Writ for Habeas Corpus. Sanders filed a Response negating the allegations on August 10, 2006 (Doc. No. 19-1). Petitioner has replied (Doc. No. 22).

After a thorough review of the pleadings, I find that Respondent has not acted contemptuously; therefore, Petitioner's Motion for Contempt is DENIED.

IT IS SO ORDERED this 5th day of September, 2006.

                                                                      /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE